IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 06-cv-02367-WDM

UNITED STATES OF AMERICA,

    Petitioner,

v.

THOMAS P. BENNETT,

    Respondent.

## NOTICE OF DISMISSAL

The court construes Plaintiff's Motion to Dismiss in accordance with Fed. R. Civ. P. 41(a)(2). Accordingly, this case is dismissed with prejudice, each party to pay his or its own costs and attorneys' fees.

DATED at Denver, Colorado, on January 9, 2007.

BY THE COURT:

s/ Walker D. Miller
United States District Judge